**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CLUB ONE CASINO, INC., et al.** | **OLD CASE NO.: 1:16-cv-1908-LJO-BAM** |
| **Plaintiffs,** | **NEW CASE NO.: 1:16-cv-1908-AWI-EPG** |
| **v.** | |
| **U.S. DEPARTMENT OF INTERIOR, et al.,** | |
| **Defendants.** | |

Review of this case reveals that it is related under this Court's Local Rule 123 to, among others, the actions entitled *Stand Up for California! v. U.S. Dep't of Interior*, 2:16-cv-2681-AWI-EPG (E.D. Cal.), *North Fork Rancheria of Mono Indians v. State of Califonia*, 1:15-cv-419-AWI-SAB, and *Picayune Rancheria of Chukchansi Indians v. U.S. Dep't of Interior*, 1:16-cv-950-AWI-EPG. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties.  An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned

1

to Senior U.S. District Judge Anthony W. Ishii and U.S. Magistrate Judge Erica P. Grosjean with a new case number **1:16-cv-1908-AWI-EPG**.  All documents shall bear the new case number **1:16-cv-1908-AWI-EPG** and the reassignment to Senior U.S. District Judge Anthony W. Ishii and U.S. Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated: **January 30, 2017**            /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE

2