# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUB ONE CASINO, INC., et al., | |
| Plaintiffs, | **Case No. 1:16-cv-1908-AWI-EPG** |
| v. | **ORDER GRANTING STIPULATED EXTENSION OF TIME** |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | (ECF No. 11) |
| Defendants. | |

Based on the Stipulation between the parties (ECF No. 11), the Court grants Defendants United States Department of the Interior; the Secretary of the Interior, the Assistant Secretary-Indian Affairs; and the Bureau of Indian Affairs (the "Federal Defendants") an extension of time to file their response to the Complaint. The Federal Defendants shall file their response no later than **March 13, 2017**.

IT IS SO ORDERED.

Dated:   **February 27, 2017**                    /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28