1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| CLUB ONE CASINO, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) **Case No. 1:16-cv-01908-AWI-EPG** |
| | ) |
| v. | ) **ORDER GRANTING** |
| | ) **JOINT MOTION TO CONTINUE** |
| UNITED STATES DEPARTMENT OF | ) **STATUS CONFERENCE** |
| THE INTERIOR, et al., | ) |
| | ) (ECF No. 13) |
| Defendants. | ) |
| | ) |

19     On March 10, 2017, the parties filed a joint request to continue the Initial Scheduling

20 Conference in this case by one week so that they have adequate time to meet and confer

21 regarding their joint scheduling report. Good cause appearing, the Status Conference is continued

22 to **March 29, 2017**, at **9:00 a.m.** in Courtroom 10. The Court grants permission to appear

23 telephonically to any party wishing to so appear and directs each party to use the following dial-

24 in number and passcode: 1-888-251-2909; passcode 1024453.

25 IT IS SO ORDERED.

26     Dated:   **March 13, 2017**                    /s/ _Erica P. Grosjean_

27                                                                      UNITED STATES MAGISTRATE JUDGE

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28