UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUB ONE CASINO, INC., dba CLUB ONE CASINO; and GLCR, INC., dba THE DEUCE LOUNGE AND CASINO,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; RYAN ZINKE, in his official capacity as Secretary of the Interior; and MIKE BLACK, in his official capacity as Acting Assistant Secretary of the Interior – Indian Affairs,<br><br>    Defendants. | No. 1:16-CV-1908-AWI-EPG<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

The parties have agreed upon the following briefing schedule with respect to the filing of cross-motions for summary judgment:

| | |
|---|---|
| Plaintiffs' Motion For Summary Judgment Due: | February 15, 2018 |
| Defendants' Opposition and Cross Motion Due: | April 30, 2018 |
| Plaintiffs' Opposition to Defendants' Motion and Reply in Support of their Motion | May 30, 2018 |
| Defendants' Reply in Support of their Motion: | July 2, 2018 |

1

The parties' stipulated dates are adopted. The parties shall filed cross-motions for summary judgment as set out above.

IT IS SO ORDERED.

Dated: December 13, 2017

SENIOR DISTRICT JUDGE